# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| OMAR AGEEL, | CASE NO. 06cv1454 DMS (PCL) |
|---|---|
| Petitioner, | **ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITION FOR WRIT OF HABEAS CORPUS** |
| vs. | |
| JAMES TILTON, Secretary, | |
| Respondent. | |

On August 24, 2006, Petitioner Omar Ageel ("Petitioner"), a state prisoner proceeding *pro se*, filed a first amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner asserts four claims for relief. First, he argues he was denied due process by the trial court's admission of his prior manslaughter conviction and acts of misconduct while in jail. Second, he asserts he was deprived of due process by the trial court's admission of his previous acts of domestic violence. Third, Petitioner contends there was insufficient evidence to support his conviction. Finally, Petitioner alleges the trial court violated his right to counsel by applying the wrong standard to his request to discharge his retained attorney.

On March 23, 2007, Magistrate Judge Peter Lewis issued a Report and Recommendation, recommending that the Court deny the Petition. This Court, having reviewed *de novo* the Magistrate Judge's Report, and there being no objections filed to the Report, adopts the recommendation in

///

full and **DENIES** the petition for habeas corpus. The Clerk of Court shall enter judgment accordingly, and terminate this case.

**IT IS SO ORDERED.**

DATED: October 16, 2007

HON. DANA M. SABRAW
United States District Judge